Jacob V. Gold and Leopold M. Gold, Trading as National Manufacturers Screw Machine Products, Appellees, v. Naxon Utilities Corporation, Appellant.

Gen. No. 43,835.

opinion filed April 21, 1947; released for publication May 5, 1947. Lederer, Living-

ston, Kahn & Adsit, for appellant; Harry H. Kahn and Richard C. Bleloch, of counsel; Orr, Lewis & Orr and David Wald, for appellees; Wallace W. Orr, Haskell F. Lamm and David Wald, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.